393 P.2d 339

**Arnold F. BURKHAM, Petitioner,**

v.

**FIRST JUDICIAL DISTRICT COURT,**
**Santa Fe, New Mexico, Respondent.**

**No. 93 HC.**

Supreme Court of New Mexico.

June 17, 1964.

COMPTON, Chief Justice, and CAR-MODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the petition for writ of mandamus be and the same is hereby denied.

393 P.2d 339

**Aaron COOPER, Petitioner,**

v.

**The FIRST JUDICIAL DISTRICT COURT,**
**COUNTY OF SANTA FE, State of**
**New Mexico, Respondent.**

**No. 98 HC.**

Supreme Court of New Mexico.

June 17, 1964.

COMPTON, Chief Justice, and CAR-MODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the motion for removal of petition for writ of habeas corpus be and the same is hereby denied.